# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS



20220318-58

Xavier  Duran
State Bar Information
5415 Maple Ave
Ste 415
Dallas, TX 75235

United States Courts
Southern District of Texas
F I L E D

APR 0 7 2022

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Friday, March 18, 2022
Case Number: 5:09-cr-02897
Document Number: 911 (1 page)
Notice Number: 20220318-58
Notice: The attached order has been entered.



CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
F I L E D

APR 07 2022

Nathan Ochsner, Clerk of Court

NIXIE        750    FE 1        0004/05/22

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77208101010        *0233-08670-21-46

US POSTAGE PITNEY BOWES

ZIP 77002
02 1W
0001374615 MAR 21 2022

$ 000.53⁰